IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

UNITED STATES OF AMERICA

v.

DANIEL JOHN BLANEY,

*Defendant.*

Case No. 1:25-cr-221

## CRIMINAL INFORMATION

## COUNT ONE

*(Conspiracy to Distribute Controlled Substances, Including 500 Grams or More of Methamphetamine, 400 grams or more of Fentanyl, and N-Pyrrolidino Etonitazene)*

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in at least May of 2022 and continuing through June 4, 2025, the exact dates being unknown, in Arlington, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, Daniel John Blaney, knowingly and intentionally conspired with others both known and unknown to distribute controlled substances, to wit:

1. 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

2. 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance; and

3. a mixture and substance containing a detectable amount of 2-(4-Ethoxybenzyl)-5-nitro-1-(2-(pyrrolidin-1-yl)ethyl)-1*H*-benzimidazole, commonly referred to as *N*-Pyrrolidino Etonitazene, a Schedule I controlled substance.

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

(In violation of Title 21, United States Code, Section 846)

## FORFEITURE NOTICE

The defendant, Daniel John Blaney, is hereby notified, pursuant to Fed. R. Crim. P. 32.2(a), that upon conviction of any the violation set forth in Count 1 of the Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

The defendant, Daniel John Blaney, is hereby notified, pursuant to Fed. R. Crim. P. 32.2(a), that upon conviction of the violation set forth in Count 1 of the Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

The property subject to forfeiture includes, but is not limited to, the following specific property: five industrial pill presses, seized from a storage unit associated with the defendant on June 17, 2025, including associated attachments.

[CONTINUED ON NEXT PAGE]

3

Pursuant to 21 U.S.C. § 853(p), Daniel John Blaney shall forfeit substitute property, if, by any act or omission of Daniel John Blaney, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Title 21, United States Code, Section 853; Title 18, United States Code 924(d)(1); Title 28, United States Code 2461(c); and Fed. R. Crim. P. 32.2(a).)

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

By: _____

Heather D. Call
Christopher M. Carter
Assistant United States Attorneys

4